UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

CASE NO. 18-61443-CIV-DIMITROULEAS

CANDY BASILE, on Behalf of Herself and all Others Similarly Situated,

                Plaintiff,

v.

INSURANCE ADVOCATES OF AMERICA, LLC,

                Defendant.

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Candy Basile hereby dismisses without prejudice all claims against Defendant Insurance Advocates of America, LLC.

Dated:  September 26, 2018

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:  */s/ Scott A. Bursor*
    Scott A. Bursor (State Bar No. 68362)

2665 South Bayshore Drive,
Suite 220
Miami, FL 33133
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
Email:  scott@bursor.com