UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-61443-CIV-DIMITROULEAS

CANDY BASILE,

     Plaintiff,

vs.

INSURANCE ADVOCATES OF AMERICA,
LLC.,

     Defendants.

_____/

**ORDER OF DISMISSAL**

THIS CAUSE is before the Court on the Notice of Voluntary Dismissal Without Prejudice

[DE 5] (the "Notice"), filed herein on September 26, 2018. The Court has carefully considered the

Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1.    The Notice [DE 5] is hereby **APPROVED**;

2.    This action is **DISMISSED without prejudice**;

3.    The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as

moot.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this

27th day of September, 2018.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record